Second Department. May 19, 1916.) Motion to resettle order granted, and resettled order signed.

Rose M. COLLIGAN, as administratrix, etc., respondent, v. CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1916.) Motion to resettle order granted.

Rose M. COLLIGAN, as administratrix, etc., respondent, v. CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion denied.

Edward W. COLMAN, respondent, v. UNITED STATES REALTY & IMPROVEMENT COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Louise M. COLMAN, respondent, v. UNITED STATES REALTY & IMPROVEMENT COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

George A. COLVIN v. POST MORTGAGE & LAND CO. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion denied, with $10 costs. Settle order on notice.

In the Matter of the application of the COMMISSIONERS of the PALISADES INTERSTATE PARK, for the condemnation of certain lands situated in the County of Rockland. In re HAVERSTRAW, CRUSHED STONE CO. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion denied.

COMMISSIONER OF PUBLIC CHARITIES OF CITY OF NEW YORK, on complaint of Jennie Shoemaker, respondent, v. Frank H. KNIGHT, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Order of the Court of Special Sessions affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

COMMISSIONER OF PUBLIC CHARITIES, on complaint of Victoria Plaga, Respt., v. Joseph G. WATERHOUSE, Applt. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed. No opinion. Order filed.

Frank L. COMSTOCK, respt., v. Mary L. COMSTOCK, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment reversed on law and facts, as not sustained by the evidence, and new trial granted, with costs to appellant to abide event.

The court disapproves of the seventh and eighth finding of fact. All concur, except Howard, J., dissenting.

Matter of Elizabeth CONNELL, decd. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motions to dismiss appeals denied, with $10 costs. Orders filed.

John A. CONNOLLY v. William C. OSBORN. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Patrick T. CONROY, respt., v. Alice White GANG, impleaded, etc., applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Interlocutory judgment affirmed, with costs. All concur.

John F. CONWAY, respondent, v. FARISH-STAFFORD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) The judgment was reversed upon the sole ground that the referee did not have power to grant the amendment. We did not pass upon the facts. Motion denied, with $10 costs.

In the Matter of Harry COOK, an attorney. (Supreme Court, Appellate Division, Second Department. November 24, 1915.) Motion denied, without costs.

Margaret E. COOK, respt., v. William J. CONNERS, applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order affirmed with costs. All concur.

George S. COON, respt., v. Frank H. HIGGINS, applt. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Order affirmed, with $10 costs and disbursements. All concur, except Woodward and Cochrane, JJ., dissenting.

Vira CORNELL, respondent, v. Seymour W. BONSALL, defendant, and Precious Woods Handling Company and others, appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Interlocutory judgment affirmed, with costs, with the right to appellants-defendants to answer within twenty days upon payment of costs included in said interlocutory judgment, and the costs of this appeal. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Benjamin W. CORNWELL, applt., v. Robert J. COLLIER et al., respts. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Order affirmed with $10 costs and disbursements. All concur.

Joseph E. CORRIGAN, Respt., v. BOBBS-MERRILL CO., Impld., etc., Applt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Order (158 N. Y. Supp. 85) af-